```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
DAMON TAYLOR,

                    Plaintiff,
                                        ORDER
          -against-                     19-CV-5127(JS)(AKT)

VERA FLUDD, Sheriff, Nassau County
Correctional Center;

                    Defendants.
----------------------------------X
APPEARANCES
For Plaintiff:      Damon Taylor, pro se
                    1900-3514
                    Nassau County Correctional Center
                    100 Carman Avenue
                    East Meadow, New York 11554

For Defendant:      No appearance.
```

SEYBERT, District Judge:

By Memorandum and Order dated January 9, 2020 ("the Order"), the Court sua sponte DISMISSED the Complaint filed by incarcerated pro se plaintiff Damon Taylor ("Plaintiff") and GRANTED Plaintiff leave to file an Amended Complaint within thirty (30) days from the date of the Order. (Order, D.E. 6.) The Order warned Plaintiff that judgment shall enter without further notice if an Amended Complaint is not timely filed. (Order at 11.)

The Order was mailed to Plaintiff at his address of record, and, on January 24, 2020, it was returned to the Court marked "Discharged/Return to Sender/Discharged." (D.E. 9.) On February 3, 2020, a letter sent to Plaintiff at the same address

was also returned to the Court with the same notations. (D.E. 10.)

To date, Plaintiff has not updated his address nor has he complied with the Order by filing an Amended Complaint. Accordingly, the Clerk of the Court is directed to ENTER JUDGMENT AND CLOSE this case and to mail a copy of this Order to the pro se Plaintiff at his last known address.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is DENIED for the purpose of any appeal. See Coppedge v. United States, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962).

SO ORDERED.

/s/ JOANNA SEYBERT
JOANNA SEYBERT, U.S.D.J.

Dated: April  10 , 2020
       Central Islip, New York